UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRY REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06CV01111 AGF |
| ) | |
| JOHN TILLER, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's motion for copies of any and all documents electronically filed is **DENIED** as moot. In accordance with the regular practice in cases such as this one, the Court will mail Plaintiff copies of any electronically-filed documents issued by the Court, and any documents electronically-filed by any of the Defendants will be mailed to Plaintiff by that party.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 29th day of November, 2006.